UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 09-6644-OP                         Date:  July 30, 2010

Title:  Timothy Williams v Michael J. Astrue, Commissioner

PRESENT: THE HONORABLE    OSWALD PARADA        ☐ U.S. DISTRICT JUDGE

                                                ☒ MAGISTRATE JUDGE

| Maynor Galvez | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**            **ATTORNEYS PRESENT FOR DEFENDANTS:**
          NONE                                              NONE

**PROCEEDINGS:**   (IN CHAMBERS: ORDER TO SHOW CAUSE)

On September 14, 2009, Plaintiff, represented by counsel, filed a Complaint.  On September 25, 2009, the Court issued its case management order.  In accordance with the case management order, the parties were to engage in good faith settlement negotiations and, in the event that a settlement could not be reached, the parties were to cooperate in the preparation of a joint stipulation containing a summary of the case and disputed issues.

On June 7, 2010, an order was entered granting Plaintiff's counsel's motion to withdraw as attorney of record.  The Court gave Plaintiff forty-five (45) days to retain counsel and file a Motion for Summary Judgment or Joint Stipulation in accordance with case management order filed on September 25, 2009.  Plaintiff has not responded to the Court's order.

Accordingly, Plaintiff is ordered to show cause no later than August 20, 2010, why this case should not be dismissed for failure to prosecute and/or comply with a Court order.  Plaintiff's filing of a Motion for Summary Judgment or service of his portion of the Joint Stipulation upon Defendant, along with the filing of a proof of service with the Court no later than August 16, 2010, shall be deemed in compliance with this order to show cause.  Plaintiff's failure to do so shall result in the Court recommending that this action be dismissed without prejudice for failure to prosecute and/or comply with a Court order.

**IT IS SO ORDERED.**

cc:  All Parties of Record

                                          Initials of Deputy Clerk  MG

CV-90 (10/98)
CIVIL   MINUTES   -   GENERAL